1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GRACH MADATYAN,

11              Petitioner,                    No. 2:12-cv-1925 CKD P

12         vs.

13    GARY SWARTHOUT,

14              Respondent.                    ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges the

18    execution of his sentence.  He is confined in San Luis Obispo County which lies within the

19    jurisdiction of the United States District Court for the Northern District of California.[1]  When a

20    prisoner challenges the execution of his sentence, the preferable venue is the court with

21    jurisdiction over the place where the prisoner is confined.  See Dunne v. Henman, 875 F.2d 244,

22    249 (9th Cir. 1989).  Accordingly, this action will be transferred to the Northern District of

23

24         [1] In his petition, petitioner asserts he is housed at California State Prison, Solano.  However
      information obtained from the California Department of Corrections and Rehabilitation reveals
25    petitioner was transferred to the California Men's Colony in San Luis Obispo in May of this year.
      Also, the return address on the envelope petitioner used to mail his petition indicates he resided at
26    the California Men's Colony when the petition was mailed.

                                              1

1    California.

2         Good cause appearing, IT IS HEREBY ORDERED that this action is transferred

3    to the United States District Court for the Northern District of California.

4     Dated: July 26, 2012

5

                           _____

6                            CAROLYN K. DELANEY
                           UNITED STATES MAGISTRATE JUDGE

7

8

9

   1/mp

10    mada1925.trn

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26