UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

GRACH MADATYAN,

    Petitioner,

vs.

GARY SWARTHOUT, Warden,

    Respondent.

                                        /

No. C 12-3986 PJH (PR)

**ORDER DENYING HABEAS PETITION AND DENYING CERTIFICATE OF APPEALABILITY**

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. 2254. The petition is directed to a denial of parole. Petitioner's only issue is that the denial of parole violated his due process rights because there was not sufficient evidence to support the denial.

The United States Supreme Court has recently held that "[i]n the context of parole . . . the procedures required [by the due process clause] are minimal . . . an opportunity to be heard and . . . a statement of the reasons why parole was denied . . . '[t]he Constitution . . . does not require more." *Swarthout v. Cooke*, 131 S. Ct. 859, 863-64 (2011). That is, there is no due process requirement that a parole denial be supported by any particular quantum of evidence. The petition for a writ of habeas corpus therefore is **DENIED**.

Given the clear controlling Supreme Court authority, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (COA standard). Petitioner is advised that he may ask the court of appeals to issue a COA under Rule 22 of

///

///

///

the Federal Rules of Appellate Procedure.[1]  *See* Rule 11(a), Rules Governing § 2254 Cases.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 10, 2012.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.12\Madatyan3986.dsm.wpd

---

[1] Despite the denial of a COA, if petitioner desires to appeal he should file a timely notice of appeal.

2